# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **TONI PORTERA, as substitute for William Gilmore, deceased,** | } } } |
| Plaintiff, | } } |
| v. | } Case No.: 2:21-cv-00042-MHH } |
| **RAJSAMBHAV HOTEL, LLC,** d/b/a Ram Hotel, | } } } |
| Defendant. | } |

## ORDER

The parties have filed a Stipulation of Dismissal With Prejudice. (Doc. 8). The Court **ORDERS** that this action is dismissed with prejudice, with each party to bear his or its own costs and attorney fees. The Court directs the Clerk of Court to please close the file.

**DONE** and **ORDERED** this July 12, 2021.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE